# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00365-CV

**City of San Antonio, Appellant**

**v.**

**River City Cabaret, Ltd., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. 99-02818, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

Appellant has filed an unopposed motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed:   August 30, 2002

Do Not Publish